IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DENISE J. RAGSDALE,**

      **Plaintiff,**

vs.                           No.   04-CV-4123

**WAL-MART STORES, INC.,**

      **Defendant.**

## ORDER

Based upon the Stipulation for Dismissal (Doc 31) filed in this case, the plaintiff's cause of action against Defendant Wal-Mart Stores, Inc. is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

DATED: This   13th   day of   February  , 2006.

                                           /s/          David   R Herndon
                                           **UNITED STATES DISTRICT JUDGE**