## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DENISE J. RAGSDALE,**

  **Plaintiff,**

  **vs.**              **Cause No.  04-CV-4123 DRH**

**WAL-MART STORES, INC.,**

  **Defendant**.

### JUDGMENT IN A CIVIL CASE

  The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

  **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED  with prejudice,** all costs having been paid.-------------------------------------------------------------------------------------

                **NORBERT G. JAWORSKI, CLERK**

February 13, 2006         By:__ s/Patricia Brown_____
                  Deputy Clerk

APPROVED:/s/_____ David RHerndon
      **U.S. DISTRICT JUDGE**